UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 18-cv-03465-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 13 |

Magistrate Judge Spero has filed a report with the recommendation that the complaint be dismissed under 28 U.S.C. § 1915(e)(2)(B). Dkt. No. 13. The complaint is largely unintelligible, and plaintiff Hutchens failed to amend his complaint to clarify his claims. Dkt. No. 9. The Court adopts the report and recommendation and dismisses the complaint without prejudice.

Hutchens may file an amended complaint by **September 13, 2018**. Failure to file an amended complaint will result in dismissal of this case with prejudice. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 14, 2018

_____
JAMES DONATO
United States District Judge